**STATE of Missouri, Plaintiff-Respondent,**

v.

**Frances Warren KELLERMAN, Defendant-Appellant.**

**No. 35413.**

Missouri Court of Appeals,
St. Louis District,
Division One.

Aug. 6, 1974.

Marglous & Marglous, Ray B. Marglous, Clayton, for defendant-appellant.

John C. Danforth, Atty. Gen., G. Michael O'Neal, Asst. Atty. Gen., Jefferson

---

City, Gene McNary, Pros. Atty., Robert E. Ritter, Asst. Pros. Atty., Clayton, Charles B. Blackmar, Sp. Asst. Pros. Atty., St. Louis, for plaintiff-respondent.

WEIER, Judge.

Defendant was found guilty by a jury of stealing property of a value in excess of $50.00 and was sentenced to pay a fine of $1,000.00 under §§ 560.156, 560.161, RSMo. 1969, V.A.M.S.

No error of law appears. An opinion discussing the facts and law would have no precedential value.

Judgment affirmed. See Rule 84.16(b), V.A.M.R.

DOWD, C. J., and SIMEONE and KEL-LY, JJ., concur.